# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Holdings Incorporated, | No. CV-23-00293-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Armored Group Defence LLC, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 34), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 13th day of May, 2024.

Douglas L. Rayes
United States District Judge